# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WALTER DICKERSON AND DEWAN
DICKERSON

NO.   2021 CW 0637

VERSUS

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA, ET AL

**AUGUST 16, 2021**

---

In Re:   Southern Recycling, LLC, Travelers Property Casualty
Company of America, EMR (USA Holdings) Inc., and Troy
D. Austin, applying for supervisory writs, 18th
Judicial District Court, Parish of Pointe Coupee, No.
49032.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

    **WRIT DENIED.**   The criteria set forth in **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,**
396 So.2d 878 (La. 1981)(per curiam) are not met.

**WIL**
**EW**

    **McDonald, J.,** concurs in part and dissents in part.   I
would grant the writ application in part and reverse the portion
of the trial court's May 11, 2021 judgment granting plaintiffs'
Walter Dickerson and Dewan Dickerson's motion for partial
summary judgment as to the affirmative defense asserted by
defendants, Troy D. Austin, Southern Recycling, L.L.C.,
Travelers Property Casualty Company of America, and EMR (USA
HOLDINGS) Inc., raising the independent negligence of S&S Tool
and Supply, Inc. based on S&S Tool and Supply, Inc.'s alleged
violation of La. R.S. 32:53. See **Perro v. Alvarado,** 2020-339
(La. App. 3d Cir. 9/30/20), 304 So.3d 997.   I concur in the
denial of the writ application in all other respects.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT